UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **BOLIVAR ENRIQUE DEXTA** | * | CIVIL ACTION NO. 14-0028<br>Section P |
| **VERSUS** | * | JUDGE ROBERT G. JAMES |
| **ERIC HOLDER, JR.** | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that respondent's Motion to Dismiss [Doc. No. 12] is hereby GRANTED, and the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 9th day of May, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE